RICCHETTI, APPELLANT, *v.* CLEVELAND CITY SCHOOL
DISTRICT BOARD OF EDUCATION, APPELLEE.

[Cite as *Ricchetti v. Cleveland City School Dist.
Bd. of Edn.* (1995); 72 Ohio St.3d 1214.]

(No. 94–898—Submitted May 10, 1995—Decided June 21, 1995.)

*Gold, Rotatori & Schwartz Co., L.P.A.,* and *Susan L. Gragel,* for appellant.

*Wanda Rembert Arnold,* General Counsel, and *George S. Crisci,* Legal Counsel; *Duvin, Cahn & Hutton, Robert M. Wolff* and *Kenneth B. Stark,* for appellee.

*Sua sponte,* cause dismissed as having been improvidently allowed. This court orders that the court of appeals' opinion not be published in the Ohio Official Reports and that it may not be cited as authority except by the parties *inter se.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.